Filed 12/26/13  P. v. Gonzalez CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>TARA M. GONZALEZ,<br><br>Defendant and Appellant. | C073875<br><br>(Super. Ct. No. 13F00455) |

Between October 8 and November 28, 2012, defendant took over $950 worth of money and jewelry belonging to Jeannie Ward.

Defendant pled no contest to grand theft.  The trial court placed her on probation subject to various conditions including 210 days in county jail with 180 days of presentence credit.

Defendant appeals.  The trial court denied her request for a certificate of probable cause.

We appointed counsel to represent defendant on appeal.  Counsel filed an opening brief that sets forth the facts of the case and requests this court to review the record and

1

determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing of the opening brief. More than 30 days elapsed, and we received no communication from defendant. Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

DISPOSITION

The judgment is affirmed.

                                        _____ROBIE_____, J.

We concur:

_____NICHOLSON_____, Acting P. J.

_____MAURO_____, J.